UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA ESCOBAR, Petitioner | CIVIL ACTION NO. 1:18-CV-1094-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, III, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Before the Court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by pro se Petitioner Joshua Escobar ("Escobar") (#A216022300). Escobar is an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"). At the time of filing, Escobar was being detained at the LaSalle Detention Center in Jena, Louisiana.

On August 29, 2018, Escobar was ordered to amend his petition to provide additional information regarding his order of removal. (Doc. 8). The order was returned as undeliverable on September 6, 2018. (Doc. 9). The clerk resent the order on September 18, 2018, but it was again returned on September 27, 2018. (Doc. 10).

Rule 41.3 of the Local Rules for the Western District of Louisiana provides:

> The failure of an attorney or pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

More than 30 days have passed since the documents were returned to the Court, and no correction has been made to Escobar's address. Therefore, the petition is subject to dismissal.

For the foregoing reasons, IT IS RECOMMENDED that Escobar's petition be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this __8th__ day of November, 2018.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge