RECEIVED
NOV 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA ESCOBAR, Petitioner | CIVIL ACTION NO. 1:18-CV-1094-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, III, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition is hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 26th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE